1  Valerie F. Horn, Esq. (CSB No. 151161)
   VALERIE F. HORN & ASSOCIATES
2  A Professional Law Corporation
   1901 Avenue of the Stars, Suite 1750
3  Los Angeles, California 90067-1507
   Telephone:  (310) 888-8494
4  Facsimile:  (310) 888-8499
   E-Mail:   vfhorn@aol.com
5
   Attorneys for Defendant Statewide Auto Sales and
6  Lisa Danialian

7
                    **UNITED STATES DISTRICT COURT**
8                   **CENTRAL DISTRICT OF CALIFORNIA**

9

10 MARYROSE JOSEPH, AN                ) Case No.:
   INDIVIDUAL, AND MAROC             )
11 SIMPSON, A MINOR, BY              ) NOTICE OF REMOVAL OF ACTION
   RONNIESHA HINTON, HIS            ) UNDER 15 USC 1692f(6) (FEDERAL
12 GUARDIAN AD LITEM,               ) QUESTION)
                                     )
13          PLAINTIFFS,              )
                                     )
14     vs.                          )
                                     )
15 STATEWIDE AUTO SALES; DOE 1;     )
   DOE 2; AND DOES 3 THROUGH 10,    )
16 inclusive,                       )
                                     )
17          Defendants.             )
                                     )
18 _____  )
                                     )
19 DANIAL DANIALIAN SALVAGE,        )
   INC. dba STATEWIDE AUTO SALES,   )
20 A CALIFORNIA CORPORATION,        )
                                     )
21          CROSS-COMPLAINANT,      )
                                     )
22     vs.                          )
                                     )
23 MARYROSE JOSEPH, AN              )
   INDIVIDUAL, AND ROES 1          )
24 THROUGH 100,  INCLUSIVE,         )
                                     )
25          CROSS-DEFENDANTS.       )
                                     )
26 _____

27

28

1  TO THE CLERK OF THE ABOVE ENTITLED COURT:

2      PLEASE TAKE NOTICE THAT Defendant Lisa Danialian hereby

3  removes this Action from the Superior Court of the State of California, County of

4  Los Angeles, to the United States District Court for the Central District of

5  California and sets forth in support of her Notice of Removal of Action the

6  following:

7      1.      On April 6, 2016, an action was commenced in the Superior Court of

8  the State of California County of Los Angeles entitled Joseph v. Statewide, as

9  Case Number BC616120.

10     2.      According to the Proof of Service, Lisa Danialian was served by

11 substitute service on October 14, 2016, whereby service of the Summons, First

12 Amended Complaint and Doe Amendment was effectuated on October 14, 2016,

13 the date of the mailing of those pleadings.

14     3.      Defendant Lisa Danialian's responsive pleading to the First

15 Amended Complaint is due on November 23, 2016 (forty days from the date of

16 the mailing). Thirty days from the date of service falls on Sunday, November 13,

17 2016, making the 30th day on Monday, November 14, 2016.  In adding three days

18 for mailing of the Summons, First Amended Complaint and Doe

19 Amendment)(FRCP Rule 6) to the thirty day period for removal (28USC 1446),

20 the filing of the Notice of Removal on November 17, 2016 is timely.

21                         **FEDERAL QUESTION**

22     4.      The First Amended Complaint alleges a cause of action for violation

23 of 15 U.S.C. 1692 presenting a federal question to this Court upon which

24 Removal is predicated.

25              **THE OTHER REQUIREMENTS OF REMOVAL ARE MET**

26     5.      The Notice of Removal is being filed within (30) days of the service

27 on the last-served Defendant (plus three days for mailing of the Summons and

28 Complaint pursuant to Rule 6).  Thus, this Notice of Removal is timely filed

CASE NO.                    NOTICE OF REMOVAL OF ACTION UNDER 15 USC 1692f(6)

1    under 28 U.S.C. §1446(b).

2        6.    Removal to this Court is proper as the Superior Court of the State of

3    California, County of Los Angeles, where this action was originally filed, is

4    located within this district.

5        7.    Counsel for Danialian certifies that it will file a copy of this Notice

6    o Removal with the Clerk of the Superior Court of the State of California, County

7    of Los Angeles, and give notice of same ot counsel for Plaintiffs.

8        8.    Defendant Statewide Auto Sales joins in Danialian's removal of this

9    action.

10   Respectfully Submitted,

12   DATED:      November 17, 2016      VALERIE F. HORN & ASSOCIATES
                                        A PROFESSIONAL LAW CORPORATION

14                                      By:_____
                                           Valerie F. Horn
15                                         Attorneys for Defendants
                                           Lisa Danialian and Statewide Auto
16                                         Sales

CASE NO.                    NOTICE OF REMOVAL OF ACTION UNDER 15 USC 1692f(6)