JS-6

1 Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
2 3130 Bonita Road Suite 200-B
3 Chula Vista, CA 91910
Phone: (619) 476-0030; Fax: (775) 898-5471
4 jeremy@goldencardona.com
5 Attorney for Plaintiff and Cross-Defendant

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYROSE JOSEPH, et al. | ) Case No.: 2:16-cv-08589 |
| | ) |
| Plaintiffs, | ) **Order Re Stipulation to Remand Case** |
| v. | ) **Back to State Court** |
| | ) |
| STATWEIDE AUTO SALES, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |
| DANIAL DANIALIAN SALVAGE, INC. dba STATEWIDE AUTO SALES, A CALIFORNIA CORPORATION, | ) ) ) |
| | ) |
| Cross-Complainant, | ) |
| v. | ) |
| | ) |
| MARYROSE JOSEPH, et al. | ) |
| | ) |
| Cross-Defendants. | ) |
| | ) ) |

//
//

[Proposed] Order Re Stipulation to Remand Case Back to State Court

1  Pursuant to the Stipulation of the parties and good cause appearing it is
2  hereby ordered that this action is remanded back to the Superior Court of
3  California, County of Los Angeles, Case No. BC616120 and all matters scheduled
4  in this federal court are taken off calendar.
5  IT IS SO ORDERED.

Dated: December 6, 2016            _____
　　　　　　　　　　　　　　　　　　　Hon. R. Gary Klausner
　　　　　　　　　　　　　　　　　　　United States District Court Judge